IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41411
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CRUZ-DIAZ, also known as Juan Diaz-Cruz,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-99-CR-436-1
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Juan Cruz-Diaz appeals his guilty-plea conviction for being
an alien found in the United States after a previous deportation
in violation of 8 U.S.C. § 1326(a) & (b).  Cruz-Diaz entered a
conditional guilty plea, reserving his right to appeal the
district court's denial of his motion to suppress his previous
deportation.  He argues that his previous administrative
deportation should have been suppressed because it was conducted
by an Immigration and Naturalization Service official without a
hearing and without judicial review.  Cruz-Diaz's argument is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

foreclosed by this court's decision in <u>United States v. Benitez-Villafuerte</u>, 186 F.3d 651 (5th Cir. 1999), <u>cert. denied</u>, 120 S. Ct. 838 (2000).  We are bound by this court's precedent absent an intervening Supreme Court decision or a subsequent en banc decision.  <u>See</u> <u>United States v. Short</u>, 181 F.3d 620, 623-24 (5th Cir. 1999), <u>cert. denied</u>, 120 S. Ct. 825 (2000); <u>United States v. Mathena</u>, 23 F.3d 87, 91 (5th Cir. 1994).

AFFIRMED.